THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.: 9:18-cv-81312-ROSENBERG/REINHART

| | |
|---|---|
| JANICE JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MAGNOLIA RIVER SERVICES, INC. | ) |
| d/b/a MAGNOLIA RIVER, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (c), Plaintiff, Janice Johnson, and Defendant, Magnolia River Services, Inc., d/b/a Magnolia River, (collectively "the parties") hereby file this Joint Stipulation of Dismissal. The parties have resolved the matters set forth in this lawsuit.  Accordingly, the parties respectfully request that the Court dismiss this action with prejudice.  Although neither party anticipates any issue, the parties request that the Court retain jurisdiction to enforce the terms of the settlement agreement to the extent necessary. The parties request that the action be dismissed from the Court's ECF/Pacer filing system, with costs taxed as paid by each party.

SALAS LAW FIRM, P.A.

JANICE JOHNSON V. MAGNOLIA RIVER SERVICES, INC.
CASE NO.: 9:18-CV-81312

Respectfully submitted this 8th day of May, 2019.

//s//Michael G. Green II, Esq.
SALAS LAW FIRM, P.A.
8551 West Sunrise Boulevard
Suite 300
Plantation, FL 33322
Office: (954) 315-1155
Fax: (954) 452 -3311
Email: michael@jpsalaslaw.com
Fla. Bar. No. 60859

//s//John P. Salas, Esq.
SALAS LAW FIRM, P.A.
8551 West Sunrise Boulevard
Suite 300
Plantation, FL 33322
Office: (954) 315-1155
Fax: (954) 452 -3311
Email: jp@jpsalaslaw.com
Fla. Bar. No. 87593

*Attorneys for Plaintiff*

//s//Diana N. Evans, Esq.
Diana N. Evans (Fla. Bar No. 98945)
dnevans@bradley.com
Alysa J. Ward (Fla. Bar No. 145858)
award@bradley.com
Bradley Arant Boult Cummings, LLP
100 N. Tampa Street, Suite 2200
Tampa, Florida 33602
T: (813) 559-5500
F: (813) 229-5946

*Attorneys for Defendant*

JANICE JOHNSON V. MAGNOLIA RIVER SERVICES, INC.
CASE NO.: 9:18-CV-81312

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on all counsel or parties of record listed on the Service List below in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electronically Notices of Electronic Filing, this 8th day of May, 2019.

/s/ *Michael G. Green, II*
Michael G. Green, II

## SERVICE LIST

Bradley Arant Boult Cummings, LLP
100 N. Tampa Street, Suite 2200
Tampa, Florida 33602
Alysa J. Ward, Esq.
award@bradley.com
Diana N. Evans, Esq.
dnevans@bradley.com

3
SALAS LAW FIRM, P.A.